# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00068-LEK-KJM |
| CASE NAME: | Dr. Alyssa Friedberg et al v. Cathy Betts et al |
| REPRESENTATION FOR PLA: | Alyssa Friedberg, Pro Se<br>Paul Shindell, Pro Se |
| ATTY FOR DEFT: | Kendall J. Moser |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 05/07/2021 | TIME: | 8:29 - 8:53 |

COURT ACTION: EP:   [27] PLAINTIFF'S MOTION TO COMPEL hearing held.

Mr. Ryan M. Akamine is also on the phone.

Arguments heard.

The Court verifies Plaintiffs contact information:

Alyssa Friedberg
4987B Ea Road
Kapaa, HI 96746
(856) 383-2271
email: alyssaspt@gmail.com

Paul Shindell
4987B Ea Road
Kapaa, HI 96746
(808) 635-1420
pshindell04@gmail.com

MINUTE ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL

    Plaintiffs Alyssa Friedberg and Paul Shindell filed a motion to compel as to Defendants Cathy Betts, Elladine Olevao, Kintaro Yonekura, Iwalani Kaauwai-Herrod, Kirstie Kashima, and Hawaii Department Of Human Services ("Defendants"), seeking (i) Defendants' Initial Disclosures; (ii) Defendants' responses to Plaintiffs' First Set of Requests for Production of Documents ("RPOD"); (iii) permission to exceed twenty-five interrogatories; and (iv) permission to serve by email (the "Motion"). ECF No. 27.

Defendants initially opposed the Motion on the basis that they had moved to dismiss Plaintiffs' Complaint and discovery should be stayed pending resolution of the motion to dismiss.  ECF No. 33.  Given that the district court had recently denied that motion to dismiss as moot, Defendants amended their position at the hearing to request additional time to provide their Initial Disclosures and responses to Plaintiffs' RPOD, but they opposed Plaintiffs' request to exceed twenty-five interrogatories as premature and Plaintiffs' request to serve by email as unnecessary.  After carefully reviewing the parties' written submissions and considering their arguments that the hearing, the Court GRANTS IN PART AND DENIES IN PART the Motion as follows:

>Defendants' Initial Disclosures are due May 14, 2021.

>Defendants' written responses to Plaintiffs' RPOD are due June 4, 2021.

>Plaintiffs' request to exceed twenty-five interrogatories is denied as premature given that Plaintiffs have not yet issued any interrogatories.

Pursuant to the court's March 15, 2021 Temporary General Order Regarding District Of Hawaii Response To Covid-19 Pandemic, in addition to filing by mail, in person at the Clerk's Office, or using the Court's drop box, Plaintiffs may file documents by email to the Clerk's Office at hid_clerks@hid.uscourts.gov. Pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, the Court will permit the parties to serve each other by electronic mail.  The Court may revisit electronic filing and service if circumstances warrant.

IT IS SO ORDERED.

*Submitted by: Bernie Aurio, Courtroom Manager*