IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DR. ALYSSA FRIEDBERG; PAUL SHINDELL,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHY BETTS; ELLADINE OLEVAO; KINTARO YONEKURA; IWALANI KAAUWAI-HERROD; KIRSTIE KASHIMA; HAWAII DEPARTMENT OF HUMAN SERVICES; STACIE PASCUAL; JAMES WALTHER AND RYAN AKAMINE, each individual is being sued in both their personal and professional capacity<br><br>Defendants. | CV 21-00068 LEK-KJM |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 19, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiffs' Motion for Default Judgment and Corrected Motion for Default Judgment", ECF No. 52, are adopted as the opinion and order

of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU. HAWAII. June 4, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge